UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 DEC 20 A 11: 40

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

DARIO PUERTA,

        Defendant.

CASE NO.: 3:01-CR-162(SRU)

## DEFENDANT'S VIEW ON RESENTENCING PURSUANT TO REMAND

COMES NOW the Defendant, **HECTOR DARIO PUERTA**, in propria personam, sui juris, acting as his own counsel, pursuant to the Order of the United States Court of Appeals for the Second Circuit and files this his view on resentencing. In support of which he states as follows:

1. By Order dated October 14, 2004, the Appellate court granted counsel's request to withdraw. (Ex. A).

2. By Order dated August 5, 2005, the Appellate court grnated the Defendant's pro se request and remanded the instant case for further proceedings in conformity with U.S. v. Crosby, 397 F.3d 103 (2d Cir. 2005). (Ex. B).

3. In light of the fact that trial counsel was allowed to withdraw the Defendant is currently without counsel. Due to his incarceration the Defendant is indigent and without resources to retain new counsel to represent him in the instant proceedings.

-1-

4. The Defendant is a Colombian national whose native language is Spanish. The Defendant was provided an interpreter during all of the prior proceedings. The Defendant is appearing before this court through the assistance of his next-friend Darryl McGlamry, a fellow inmate at FCI Elkton.

5. The Defendant submits that he is entitled to resentencing in the instant action based on the fact that at the time of sentencing this Honorable Court denied the Defendant's request for application of the "safety valve" provisions of 18 U.S.C. §3553(f) and U.S.S.G. §5C1.2 based on the court's finding that the Defendant had a leadership role in the offense. This finding was made by a preponderance of the evidence standard.

6. The Defendant submits that he is entitled to an evidentiary hearing at which he will be able to call witnesses and present evidence that shows that his role in the offense was equal to the other Defendant's and that he never exercised a leadership role.

7. The Defendant submits that his counsel was ineffective at the time of the sentencing hearing for failing to call witnesses or present any documentary evidence to support the Defendant's position. Counsel simply relied on oral arguments without anything to substantiate them.

8. The Defendant submits that had counsel provided effective assistance of counsel and called the requisite witnesses and presented the available evidence then it would have shown by a preponderance of the evidence that the Defendant's payment of the monies owed for the cocaine involved in the instant

action and subsequent attempts to collect the monies owed him did not constitute leadership. Instead, the Defendant's actions were the normal actions of anyone owed a debt. The only relationship that existed between the parties was that of buyer-seller. The Defendant was the middleman in the transaction. The cocaine was imported and given to him. He in turn fronted it to another buyer. When the cocaine was seized by the government the Defendant paid his supplier and then attempted to recoup payment from his buyer. He never exercised any decision making authority over anyone.

9. The Defendant submits that had counsel provided effective representation he would have been sentenced in the guideline range of 70 to 87 months. (Base Offense Level - 32, minus 3 levels for Acceptance of Responsibility and two levels for the Safety Valve - Adjusted Level of 27 with a Criminal History Category of I).

10. The Defendant would also ask the court to take judicial notice of the fact that the indictment in the instant case did not contain any allegation regarding a leadership role.

**WHEREFORE**, the Defendant respectfully request that this Honorable Court vacate the sentence imposed herein and resentence the Defendant to 70 months.

Respectfully submitted,

_____  
Dario Puerta  
Defendant

_____  
Darryl McGlamry  
Next-Friend

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail, postage prepaid, to: Robert M. Appleton, AUSA, 915 Lafayette Blvd., Room 309, Bridgeport, CT., 06604, on this the 12th day of December, 2005.

_____
Dario Puerta
Defendant
Reg. #14481-014
FCI Elkton
P.O. Box 10
Lisbon OH 44432
(330) 424-4778

_____
Darryl McGlamry
Next-Friend
Reg. #14101-057
FCI Elkton
P.O. Box 10
Lisbon OH 44432
(330) 424-4778