Dario Puerta
Reg. #14481-014
FCI Elkton
P.O. Box 10
Lisbon OH 44432

Stefan R. Underhill
U.S. District Judge
915 Lafayette Blvd.
Bridgeport, CT
      06604

DEC 2 0 2005

December 12, 2005

Re: U.S. v. Puerta
    Case No. 3:01-CR-162(SRU)

Dear Honorable Sir:

   Please find enclosed a courtesy copy of my pro se pleading. I am appearing before the court pro se because me attorney was allowed to withdraw by the Second Circuit Court of Appeals.

   Pursuant to the remand I am requesting resentencing. I would also like to have the court address my Motion for Return of Personal Property which was filed on July 15th, 2005.

   I have provided copies of the pleadings to the AUSA and am providing him with a copy of the instant communication to avoid any ex parte communication.

   Your time and consideration in this matter is greatly appreciated.

                                        Sincerely,

                                        /s/ Dario Puerta
                                        Dario Puerta

DP/djm

cc: Robert Appleton, AUSA