**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT**

-------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff

vs.

                                     Docket No. 3:01CR-162 (SRU)

DARIO PUERTA,

       Defendant

-------------------------------------------------------x

**To the Clerk of the Court and all parties of record:**

      The undersigned hereby enters his appearance as counsel of record on behalf of defendant Dario Puerta in the above-entitled criminal proceeding.

_____     _____
Date                                        John T. Walkley
                                                 450 Monroe Turnpike, Suite 101
                                                 Monroe, Connecticut 06468
                                                 Telephone (203) 261-1911
                                                 Facsimile (203) 268-1433
                                                 Email Address: litigater2@aol.com
                                                 Fed. Bar No. ct04341

# **CERTIFICATION**

It is certified hereby that a copy of the foregoing Appearance was dispatched via first class mail, postage prepaid, this 30th day of January, 2006, to:

James Filan, Esq.
Asst. United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

_____
John T. Walkley