## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

-------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff

VS.

       CRIMINAL MATTER
       NO. 3:01CR-162 (SRU)

DARIO PUERTA,       February 24, 2006

       Defendant

-------------------------------------------------x

## MOTION OF DEFENDANT DARIO PUERTA
## TO EXTEND DATE TO FILE SENTENCING SUBMISSIONS

       Defendant Dario Puerta, in the above captioned criminal matter, through counsel, respectfully moves the Court hereby to extend the date by which the defendant and the government must file any submission for purposes of defendant's re-sentencing. In support of this motion, defendant provides as follows:

       1.     Undersigned counsel for defendant was only recently appointed to represent Mr. Puerta and to date does not possess any of the materials needed to review defendant's case prior to a re-sentencing hearing or to assist defendant in determining whether or not that hearing should occur.

       2.     Undersigned counsel for defendant spoke on the telephone with Asst. United States Attorney Paul Murphy on February 23, 2006. As a result of that telephone conversation, Attorney Murphy will be providing to defense counsel all relevant pleadings in defendant's case, including a copy of the Indictment against Mr. Puerta and a transcript of the original sentencing hearing. A request was also made for a copy of defendant's

Presentence Report and will be provided in accordance with the policies of the United States Probation Office. All of these documents, at a minimum, will be needed by defense counsel in preparing for the new sentencing hearing.

3. Further, both counsel for the government and undersigned counsel for the defendant just completed trials which have taken them away from other pending business, including the above-captioned case. The extension requested here is needed so that proper attention can be given to this matter and so that the concerns raised by the Court in its January 27, 2006, Scheduling Order can be addressed.

4. In light of the foregoing, undersigned counsel for defendant with the concurrence of counsel for the government respectfully moves that the parties be given until April 10, 2006, to file written submissions, if any, as to whether the Court should have imposed a non-trivially different sentence at the time of defendant's original sentencing hearing on March 20, 2003.

WHEREFORE, in consideration of all of the foregoing, the defendant, with the concurrence of the government, respectfully moves that this motion be granted.

DEFENDANT, DARIO PUERTA

By:_____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Fed. Bar No. ct04341

3

**<u>CERTIFICATION</u>**

I hereby certify that on February 24, 2006, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_____
John T. Walkley