UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT


-------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff                                  Docket No. 3:01CR-162 (SRU)

vs.


DARIO PUERTA,                                 July 31, 2006

       Defendant

-------------------------------------------------------x


**DEFENDANT'S MOTION FOR PERMISSION TO FILE**
**DEFENDANT'S MEMORANDUM IN AID OF POST-*CROSBY***
**PROCEEDINGS ON REMAND OUT OF TIME**


       Defendant Dario Puerta, in the above-captioned criminal matter, respectfully moves the Court hereby, through counsel, for permission to file Defendant's Memorandum in Aid of Post-Crosby Proceedings out of time. Pursuant to the last scheduling order of this Court, the parties were to file any written submissions that they wished the Court to consider in making its determination on re-sentencing to be filed with the Court on or before April 10, 2006. Since that date, defendant has endeavored to complete the research required in this case as quickly as possible and to prepare the Memorandum filed at the time of this Motion. Defendant has now completed the necessary legal research and the preparation of the submission he provides on this date. As the Memorandum is now ready to be filed with the Court in this case, defendant respectfully seeks the Court's permission to file it at this time.

Undersigned counsel for defendant had contacted Asst. United States Attorney Paul Murphy and Attorney Murphy has indicated he has no objection to this Motion or to the filing of Defendant's Memorandum out of time.

WHEREFORE, in consideration of the foregoing, defendant respectfully moves that this Motion be granted and that he be permitted to file Defendant's Memorandum in Aid of Post-Crosby Proceedings, submitted herewith.

                            DEFENDANT, DARIO PUERTA

By: _____
    John T. Walkley
    450 Monroe Turnpike, Suite 101
    Monroe, Connecticut 06468
    Telephone (203) 261-1911
    Facsimile (203) 268-1433
    Email Address: litigater2@aol.com
    Fed. Bar No. ct04341

# **CERTIFICATION**

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, this 1st day of August, 2006, to:

Paul A. Murphy, Esq.
Asst. United States Attorney
Office of the United States Attorney
915 Lafayette Boulevard
Bridgeport, Connecticut 06604-4759

_____
John T. Walkley