Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

_____ District of __Connecticut__

United States of America,

vs.

Dario Puerta

Docket No.: 3:01CR-162 (SRU)

Judge Stefan R. Underhill
(District Court Judge)

Notice is hereby given that __Dario Puerta__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [_____], other [__XX__] __Ruling and Order Regarding Crosby Remand__
(specify)

entered in this action on __11/1/06__
(date)

Offense occurred after November 1, 1987    Yes [_X_]    No [____]

This appeal concerns: Conviction only [____]    Sentence only [_X_]    Conviction and Sentence [____]

Date __November 7, 2006__

TO
Paul A. Murphy, Esq.
Asst. United States Attorney
915 Lafayette Boulevard
Bridgeport, CT 06604

John T. Walkley, Esq.
(Counsel for Appellant)
Address 450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468-2343

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: 203-261-1911

---

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [____] I am ordering a transcript<br>[XX] I am not ordering a transcript<br>Reason<br>[____] Daily copy is available<br>[____] U.S. Attorney has placed order<br>[XX] Other. Attach explanation | Prepare transcript of<br>[____] Prepare proceedings _____ Dates<br>[____] Trial _____<br>[____] Sentencing _____<br>[____] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment [____] Funds [____] CJA Form 24 [____]

ATTORNEY'S SIGNATURE _[signature]_    DATE November 7, 2006

▶ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

## QUESTIONNAIRE

A transcript is not being ordered in this case because there were no hearings in the course of the remand proceedings and nothing to be transcribed. The Court ruled based upon the written submissions of government counsel and defense counsel.