UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

-------------------------------------------------x

UNITED STATES OF AMERICA,

          Plaintiff,

VS.

DARIO PUERTA,

          Defendant,

-------------------------------------------------x

CRIMINAL ACTION
NO. 3:01CR-162 (SRU)

APPEAL NO. 06-5320-CR

June 14, 2007

## INDEX TO THE RECORD ON APPEAL

| Date Filed | Court Doc. No. | Document Name | Doc. No. |
|---|---|---|---|
| 11/07/01 | 2 | Superseding Indictment | 1 |
| 08/01/02 | 151 | Plea Agreement | 2 |
| 11/06/02 | 175 | Transcript of Change of Plea | 3 |
| 03/19/03 | 195 | Sentencing Memorandum (USA) | 4 |
| 03/21/03 | 197 | Judgment of Conviction | 5 |
| 03/27/03 | 208 | Notice of Appeal | 6 |
| 05/21/03 | 211 | Transcript of Sentencing Hearing | 7 |
| 01/30/06 | 267 | Scheduling Order re re-sentencing | 8 |
| 04/10/06 | 276 | Memo in Aid of Post-*Crosby* Proceedings (USA) | 9 |

## INDEX TO THE RECORD ON APPEAL, CONT'D

| Date Filed | Court Doc. No. | Document Name | Doc. No. |
|---|---|---|---|
| 08/03/06 | 279 | Memo in Aid of Post-*Crosby* Proceedings (Dario Puerta) | 10 |
| 11/01/06 | 285 | Ruling and Order re *Crosby* Remand | 11 |
| 11/09/06 | 287 | Notice of Appeal | 12 |

Respectfully submitted,

DEFENDANT, DARIO PUERTA

By _____
John T. Walkley
450 Monroe Turnpike, Suite 101
Monroe, Connecticut 06468
Telephone (203) 261-1911
Facsimile (203) 268-1433
Email Address: litigater2@aol.com
Fed. Bar No. ct04341

## CERTIFICATION

It is certified hereby that a copy of the foregoing was dispatched via first class mail, postage prepaid, this 14th day for June, 2007, to:

Paul A. Murphy, Esq.
Asst. United States Attorney
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

John T. Walkley